# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 11, 2019

### NO. 03-18-00200-CV

**Eva Ramirez, Appellant**

**v.**

**Eddie Ramirez, Jr., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the orders signed by the trial court on January 25, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.